FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 31 1997

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CORNELIUS FRANKLIN                          PETITIONER

V.                    NO. J-C-96-442

STATE OF ARKANSAS, et al                   RESPONDENTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record *de novo*. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this petition for writ of habeas corpus without prejudice.

IT IS SO ORDERED this 30th day of January, 1997.

_____
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 1-31-97 BY MKJ

AO 72A
(Rev. 8/82)